13 A.3d 461

COMMONWEALTH of Pennsylvania, Respondent

v.

Troy J. MAYER, Petitioner.

Supreme Court of Pennsylvania.

Jan. 20, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of January, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**